IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIRIA GONZALEZ, <br><br> Plaintiff, <br><br> VS. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC. and PLANNED PARENTHOOD OF HOUSTON AND SOUTHEAST TEXAS, <br><br> Defendants. | § <br> § <br> § <br> § <br> § CIVIL ACTION H-12-1412 <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER OF DISMISSAL

Pursuant to this Court's Opinion and Order of March 12, 2013 (instrument #13), because Plaintiff Siria Gonzalez has filed to submit an amended complaint to cure the deficiencies of her original pleading, the Court

ORDERS that this case is DISMISSED with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

**SIGNED** at Houston, Texas, this 10th day of April, 2013.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE